OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 29, 2025

Robert J. Dehney, Esq.
Morris Nichols Arsht & Tunnell
1201 N Market Street
16th Floor
P.O. Box 1347
Wilmington, DE 19899

Erin R. Fay, Esq.
Bayard
600 N King Street
Suite 400
Wilmington, DE 19801

Victor Noskov, Esq.
Quinn Emanuel Urquhart & Sullivan
295 5th Avenue
9th Floor
New York, NY 10016

RE: In re: In re: Our Alchemy LLC and Anderson Digital LLC
Case Number: 25-1675
District Court Case Number: 1:24-cv-00243

Dear Counsel:

Pursuant to our docketing letter dated **April 14, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk


By: sb/Kirsi
Case Manager
Direct Dial 267-299-4911

cc: Steven M. Coren, Esq.
David J. Hungeling, Esq.
Kenneth A. Listwak, Esq.
Evelyn J. Meltzer, Esq.