OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 29, 2025

David J. Hungeling, Esq.
Hungeling Rubenfield Law
1718 Peachtree Street
Suite 599
Atlanta, GA 30309

RE: In re: In re: Our Alchemy LLC and Anderson Digital LLC
Case Number: 25-1675
District Court Case Number: 1:24-cv-00243

Dear Counsel:

Pursuant to our docketing letter dated **April 14, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: sb/Kirsi
Case Manager
Direct Dial 267-299-4911

cc:
Steven M. Coren, Esq.
Robert J. Dehney, Esq.
Erin R. Fay, Esq.
Kenneth A. Listwak, Esq.
Evelyn J. Meltzer, Esq.
Victor Noskov, Esq.